| Fill in this information to identify the case: |
|---|
| Debtor 1   Anne Steele, *aka* Anne N. Steele, *aka* Anne Noel Steele |
| Debtor 2   James Steele, *aka* John L. Steele, *aka* John Llyod Steele <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: _____   District of  CONNECTICUT <br> (State) |
| Case number  19-31319 |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**  Quicken Loans Inc.    **Court claim no. (if known)**   3

**Last four digits** of any number you use to identify the debtors' account:   XXXXXX4491

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 9/11/2019, | (5) | $ 500.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify:  Plan Review; | 8/30/2019, | (11) | $ 150.00 |
| 12. | Other. Specify: _____ | | (12) | $ |
| 13. | Other. Specify: _____ | | (13) | $ |
| 14. | Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | | | |
|---|---|---|---|
| Debtor 1 | Anne Steele, *aka* Anne N. Steele, *aka* Anne Noel Steele | Case number (*if known*) | 19-31319 |
| | First Name   Middle Name   Last Name | | |

### Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
T I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Linda  St. Pierre                                           Date   10/2/2019
   Signature

Print:   Linda                              St. Pierre            Title   Authorized Agent
         First Name    Middle Name    Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number         Street
          Roswell              GA           30076
          City                 State        ZIP Code

Contact phone   860-240-9156              Email   Linda.St.Pierre@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

**In re:**   )
             )  **Case No.** 19-31319
Anne Steele  )  **Chapter** 13
*aka* **Anne N. Steele**  )
*aka* **Anne Noel Steele**  )  **JUDGE:** Ann M. Nevins
James Steele  )
*aka* **John L. Steele**
*aka* **John Llyod Steele**

## EXHIBIT B

### ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees:  $500.00

  | 09/11/2019 | Preparation and Filing of Proof of Claim | $500.00 |

- Other:  $150.00

  | 08/30/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $150.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:  **$650.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-31319 |
| Anne Steele | Chapter: 13 |
| *aka* **Anne N. Steele** | Judge: Ann M. Nevins |
| *aka* **Anne Noel Steele** | |
| James Steele | |
| *aka* **John L. Steele** | |
| *aka* **John Llyod Steele** | |

CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Anne Steele
216 Milton Avenue
West Haven, CT 06516

James Steele
216 Milton Avenue
West Haven, CT 06516

Neil Crane                                              *(served via ECF Notification)*
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518

Roberta Napolitano, Trustee                    *(served via ECF Notification)*

10 Columbus Boulevard
6th Floor
Hartford, CT 06106

U. S. Trustee                                 *(served via ECF Notification)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

      I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    10/3/2019    By:    */s/Linda St. Pierre*
                           (date)                     Linda St. Pierre
                                                                Authorized Agent for Quicken Loans Inc.